AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

JOSE GAXIOLA,

    Petitioner,       JUDGMENT IN A CIVIL CASE

v.

                      CASE NUMBER:   **3:16-cv-00500-RCJ-VPC**

WARDEN, LCC, et al.,

    Respondent(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (ECF No. 2) is dismissed for lack of jurisdiction.
    **IT IS FURTHER ORDERED**  that a certificate of appealability is denied.

October 18, 2016                                                                **LANCE S. WILSON**
                                                                                 Clerk

                                                                                 /s/ K. Rusin
                                                                                 Deputy Clerk